United States of America

To Promote the Progress of Science and Useful Arts

## The Director

of the United States Patent and Trademark Office has received an application for a patent for a new, original, and ornamental design for an article of manufacture. The title and description of the design are enclosed. The requirements of law have been complied with, and it has been determined that a patent on the design shall be granted under the law.

Therefore, this United States

# Patent

grants to the person(s) having title to this patent the right to exclude others from making, using, offering for sale, or selling the design throughout the United States of America or importing the design into the United States of America for the term set forth by law.

*Coke Morgan Stewart*

ACTING DIRECTOR OF THE UNITED STATES PATENT AND TRADEMARK OFFICE

## Maintenance Fee Notice

No maintenance fees are required in design patents.

## Patent Term Notice

If the application for this patent was filed on or after May 13, 2015, the term of this patent is 15 years from the date of grant of this patent, subject to any disclaimer under 35 U.S.C. 253. If the application for this patent was filed prior to May 13, 2015, the term of this patent is 14 years from the date of grant of this patent, subject to any disclaimer under 35 U.S.C. 253.

Form PTO-379C (Rev 09/17)



US0D1066881S

## (12) United States Design Patent
### Xu

(10) Patent No.: **US D1,066,881 S**
(45) Date of Patent: ** Mar. 18, 2025

(54) **LACE CORSET**

(71) Applicant: **HEXIN HOLAING LIMITED**, Hong Kong (HK)

(72) Inventor: **Zhennan Xu**, Hong Kong (HK)

(**) Term: **15 Years**

(21) Appl. No.: **29/877,074**

(22) Filed: **Jun. 1, 2023**

(51) **LOC (15) Cl.** ............................................. **02-01**

(52) **U.S. Cl.**
USPC ............................................ **D2/703**; D2/701

(58) **Field of Classification Search**
USPC ................. D2/624, 700, 701–710, 712–714, D2/721–723, 728, 796
CPC ........... A41B 9/00; A41B 9/002; A41B 11/00; A41B 11/14; A41B 9/007; A41B 9/004; A41B 9/005; A41B 9/06; A41B 9/16; A41C 1/00; A41C 1/003; A41C 1/006; A41C 1/02; A41C 1/06; A41C 1/08; A41C 3/08; A41C 1/04; A41C 1/10
See application file for complete search history.

(56) **References Cited**

#### U.S. PATENT DOCUMENTS

| | | | | |
|---|---|---|---|---|
| 1,256,358 A | * | 2/1918 | Newman | A41C 1/00 450/130 |
| 1,292,491 A | * | 1/1919 | Lernowitz | A41C 1/00 450/153 |
| 1,909,273 A | * | 5/1933 | Hennessy | A41C 1/06 D2/714 |
| D100,595 S | * | 7/1936 | Birnbaum | D5/11 |
| 2,120,173 A | * | 6/1938 | Cohen | A41D 7/00 D2/731 |
| D166,760 S | * | 5/1952 | LaBue | D2/702 |
| D177,067 S | * | 3/1956 | Riesenfeld | D2/702 |
| D177,982 S | * | 6/1956 | Kahn | D2/702 |
| D238,623 S | * | 2/1976 | Cascio | D2/703 |
| D285,621 S | * | 9/1986 | Greene | D2/714 |
| D452,985 S | * | 1/2002 | Kim | D2/702 |
| D452,986 S | * | 1/2002 | Kim | D2/702 |
| D453,058 S | * | 1/2002 | Kim | D2/702 |
| D458,006 S | * | 6/2002 | Kim | D2/706 |
| D506,592 S | * | 6/2005 | Mone | D2/714 |
| D517,777 S | * | 3/2006 | Thunstedt | D2/731 |
| D562,528 S | * | 2/2008 | Deal | D2/731 |
| D579,176 S | * | 10/2008 | Giugliano | D2/702 |
| D595,480 S | * | 7/2009 | Giugliano | D2/702 |
| 7,607,964 B2 | * | 10/2009 | Mone | A41C 1/06 450/27 |
| D613,036 S | * | 4/2010 | Waldman | D2/731 |
| D804,777 S | * | 12/2017 | Grace | D2/700 |

(Continued)

#### OTHER PUBLICATIONS

Instagram post by @popilush captioned "We absolutely love our new deep-V neck lace thong bodysuit", dated Nov. 6, 2022. Aug. 5, 2024. Available at URL https://www.instagram.com/p/Ckn2unGL0kb/ (2022) (Year: 2022).*

(Continued)

*Primary Examiner* — Jennifer L Watkins
*Assistant Examiner* — Christine Tucci

(57) **CLAIM**

The ornamental design for a lace corset as shown and described.

### DESCRIPTION

FIG. **1** is a front perspective view of a lace corset showing my new design.
FIG. **2** is a front view thereof;
FIG. **3** is a rear view thereof;
FIG. **4** is a left side view thereof;
FIG. **5** is a right side view thereof; and,
FIG. **6** is a rear perspective view thereof.
The broken lines in the drawings depict environment and form no part of the claimed design.

**1 Claim, 6 Drawing Sheets**



## US D1,066,881 S
Page 2

### (56) References Cited

#### U.S. PATENT DOCUMENTS

| | | | | |
|---|---|---|---|---|
| D905,928 S | * | 12/2020 | Chen | D2/700 |
| D905,930 S | * | 12/2020 | Pons | D2/702 |
| D975,399 S | * | 1/2023 | Ren | D2/704 |
| D1,002,148 S | * | 10/2023 | Xu | D2/714 |
| D1,008,604 S | * | 12/2023 | Liu | D2/702 |
| D1,010,975 S | * | 1/2024 | Liu | D2/704 |
| D1,030,200 S | * | 6/2024 | Cai | D2/706 |
| D1,030,201 S | * | 6/2024 | Cai | D2/706 |
| D1,030,202 S | * | 6/2024 | Cai | D2/706 |
| D1,032,144 S | * | 6/2024 | Tan | D2/731 |
| D1,043,040 S | * | 9/2024 | Liu | D2/728 |
| D1,044,204 S | * | 10/2024 | Robinson | D2/703 |
| 2022/0273048 A1 | * | 9/2022 | Morgan | A41D 7/00 |
| 2023/0053521 A1 | * | 2/2023 | Williams | A41C 1/006 |
| 2023/0248083 A1 | * | 8/2023 | Shams | A41D 31/185 2/67 |

### OTHER PUBLICATIONS

amazon.it listing for Ritosta Sexy Lingerie Sheer Mesh Bodysuit date first available Feb. 9, 2024. Aug. 6, 2024. Available at URL https://www.amazon.it/RITOSTA-Trasparente-Contenitivo-Modellante-Sottogiacca/dp/B0CVVFXL95?th=1 (2024) (Year: 2024).*

amazon.it listing for Tuopuda Bodysuit date first available Mar. 27, 2024. Aug. 6, 2024. Available at URL https://www.amazon.it/Tuopuda-Elegante-Jumpsuits-Addominale-Compressione/dp/B0CYZMXK6R/ref=pd_rhf_dp_s_ci_mcx_mr_hp_d_d_sccl_2_1/259-4362969-2292158? (2024) (Year: 2024).*

amazon.it listing for Shekini Elegant Bodysuit date first available Nov. 3, 2023. Aug. 6, 2024. Available at URL https://www.amazon.it/SHEKINI-Shapewear-Contenitivo-Modellante-Dimagrante/dp/B0CLP218M8/ref=pd_rhf_dp_s_ci_mcx_mr_hp_d_d_sccl_2_8/259-4362969-2292158? (2023) (Year: 2023).*

@popilush Instagram posts, various dates showing V-Neck Thong Bodysuit. Viewed by examiner Aug. 6, 2024. Available at URL https://www.instagram.com/popilush/ (2023) (Year: 2023).*

Amazon.com Popilush Store listing for "The Shapewear Bodysuit Tummy Control Lace Corset" Date first available Nov. 25, 2022. Viewed by examiner Aug. 8, 2024. Available at URL https://www.amazon.com/ Popilush-Shapewear-Control-Sleeveless-Bodysuit/dp/B0BCJXMX9R?ref_=ast_sto_dp&th=1 (2022) (Year: 2022).*

\* cited by examiner



FIG. 1



FIG. 2

U.S. Patent    Mar. 18, 2025    Sheet 3 of 6    US D1,066,881 S



FIG. 3



FIG. 4



FIG. 5



FIG. 6